ACCEPTED
12-14-00262
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/25/2015 5:00:12 PM
CATHY LUSK
CLERK

NO. 12-14-00262-CV

IN THE
TWELFTH COURT OF APPEALS
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/25/2015 5:00:12 PM
CATHY S. LUSK
Clerk

CHARLES ALFORD and MARY LOU ALFORD,
Appellants

VS.

ROBERT THOMAS McKEITHEN, EOG RESOURCES, INC. and
CENTRAL TEXAS LAND SERVICES,
Appellees

Appealed from the District Court of
San Augustine County, Texas

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS' BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

The undersigned counsel for Appellants in this proceeding, Charles Alford and Mary Lou Alford, move the Court for an extension of time to file their Appellants' Brief in this proceeding, and in support of that request show as follows:

## A. Introduction

1. Appellants are Charles Alford and Mary Lou Alford. Appellees are Robert Thomas McEachern, EOG Resources, Inc., and Central Texas Land Services.

2. No rule limits the time within which to file this motion to extend. *See* TEX.R.APP.P. 38.6(d).

3. The parties have agreed to this motion.

## B. Argument and Authorities

4. The Court has the authority under TEXAS RULE OF APPELLATE PROCEDURE 38.6(d) to extend the time to file the brief.

5. Appellants' brief is due on March 26, 2015.

6. Appellants request an additional thirty (30) days to file their brief, extending the time until April 24, 2015.

7. No extension has been granted to extend the time to file Appellants' brief.

8. Appellants need additional time to file their brief because Appellants' counsel has had three briefs to research and prepare in the past few weeks in addition to his trial schedule and requires additional time to do his research on this brief.

WHEREFORE, the undersigned counsel for Appellants in this proceeding moves the Court to extend the time for a response until April 24, 2015.

Respectfully submitted,

_____

Tom Rorie
State Bar No. 17238000
210 North Street
Nacogdoches, TX 75961
(936) 559-1188
(936) 559-0099 Fax
**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

On March 24, 2015, counsel for Appellants wrote to counsel for Appellees in this case regarding filing this Motion for Extension to File. Counsel for Appellee McKeithen does not oppose this motion. Counsel for Appellants has not received a reply from Counsel for Appellees EOG Resources, Inc. and Central Texas Land Services.

_____

Tom Rorie

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on counsel for Appellees this 25th day of March, 2015, by e-file notice and by facsimile, to-wit:

Mr. Jason R. Mills
Mr. Graham K. Simms
Facsimile (903) 592-7787

Mr. Noel D. Cooper
Law Offices of Noel D. Cooper
Facsimile (936) 715-6022

Mr. Bill McWhorter
Bill McWhorter & Associates
Facsimile (936) 564-6455

_____

Tom Rorie

NO. 12-14-00262-CV

_____

IN THE
TWELFTH COURT OF APPEALS
AT TYLER, TEXAS

_____


CHARLES ALFORD and MARY LOU ALFORD,
Appellants

VS.

ROBERT THOMAS McKEITHEN, EOG RESOURCES, INC. and
CENTRAL TEXAS LAND SERVICES,
Appellees

_____


Appealed from the District Court of
San Augustine County, Texas

_____


**ORDER GRANTING EXTENSION OF TIME TO FILE
<u>APPELLANTS' BRIEF</u>**


ON THIS DAY came on to be heard the Motion for Extension of Time to File Appellants'

Brief, and having heard said motion the Court rules that it is hereby GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that Appellants' Brief is due on April 24, 2015.


SIGNED this _____ day of _____, 2015.


_____
JUDGE PRESIDING